UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAURA H. GILBERT,

Plaintiff,

v.

UNITED STATES OF AMERICA,
SOUTHSIDE COMMUNITY HEALTH
SERVICES, INC. and
PATSY PARKER, M.D.,

Defendants.

CIVIL NO. 01-2143 (DSD/JMM)

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

March 11, 2002 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed by Plaintiff.

March 18, 2002 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed by Defendant United States of America.

April 1, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed.

Discovery/Nondispositive Motions

The Parties shall call to schedule another pretrial conference with the undersigned, if necessary, when a ruling has been issued on the Motion to Dismiss.

Dated: March 4, 2002

JOHN M. MASON
United States Magistrate Judge

Filed MAR - 5 2002
Richard Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________